**STATEMENT OF FACTS**

On Monday, September 14, 2020, at approximately 8:15 p.m., members of the Metropolitan Police Department (MPD) Seventh District Crime Suppression Team (7D CST) were traveling in police vehicles in the 1200 block of Valley Avenue, Southeast in Washington, D.C. The officers observed several individuals congregated in front of 1209 Valley Avenue, Southeast. Officers approached the individuals and Officer Seward noticed an individual, later identified as Michael Howard (Defendant Howard). Officer Seward observed a bulge in Howard's front, left pants pocket and observed an object on the left side of the defendant's groin area that seemed to have the shape of a magazine floorplate inserted into the butt of a handgun. Officer Seward asked Defendant Howard about the bulge and Defendant Howard replied that it was a cell phone. The shape that Officer Seward saw in the defendant's left groin area was not consistent with a cell phone and Officer Seward believed it to be the butt of a handgun. Believing that Defendant Howard was armed, Officer Seward detained Defendant Howard in handcuffs, conducted a pat down and immediately felt a magazine floorplate and handle of a firearm in the spot where he had seen the bulge. Defendant Howard was placed under arrest.

The firearm was recovered and determined to be a Glock, model 23, .40 caliber semiautomatic handgun with a serial number of TPT061. When it was recovered, it was loaded with one (1) round in the chamber and eleven (11) rounds in a thirteen (13) round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Defendant Howard through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia for Unlawful Possession of a Firearm, docket number 2018 CF2 15573. The defendant was sentenced to 372 days of incarceration for this conviction. Defendant Howard also has a prior felony conviction in the Seventh Judicial Circuit Court for Prince George's County, Maryland for Assault Second Degree and Conspiracy to Commit Armed Carjacking, case number CT081323X. The defendant was sentenced to ten (10) years of incarceration for this conviction, with nine (9) years and six (6) months suspended. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
OFFICER CORBIN SEWARD
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of September, 2020.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE